UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HAND PICKED SELECTIONS, INC.,

                Plaintiff,

    - against -

HANDPICKED WINES INTERNATIONAL PTY
LTD and AM ADVERTISING DESIGN PTY LTD,

                Defendants.

------------------------------------------------------------x

Civil Action No.
06-CV-356 (FB)

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

This action is dismissed without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(2).

~~DONE and ORDERED in Chambers in this ____ day of October, 2007.~~

_____
Frederic Block
Unites States District Judge

APPROVED AS TO FORM:

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
James W. Dabney
Victoria J. B. Doyle

One New York Plaza
New York, New York 10004-1980
Telephone: (212) 859-8000
Fax: (212) 859-4000

Attorneys for Plaintiff
HAND PICKED SELECTIONS, INC.

DICKENSON PEATMAN & FOGARTY

By: _____
J. Scott Gerien

809 Coombs Street
Napa, CA 94559
Telephone: (707) 252-7122
Fax: (707) 255-6876

Attorneys for Defendants
HANDPICKED WINES
INTERNATIONAL PTY LTD ~~and
AM ADVERTISING DESIGN PTY LTD,~~

Dated:   New York, New York
         October 31, 2007

557903

ffny02\doylevi\557903.1